Opinion issued February 6, 2003










In The

Court of Appeals

For The

First District of Texas

_______________


NO. 01-01-01107-CV

_______________


WINFRED JEROME JOHNSON, Appellant


V.


RUTH A. GAYLE, Appellee

 



On Appeal from the 245th District Court 

Harris County, Texas

Trial Court Cause No. 0059656

 



MEMORANDUM OPINION

 On January 16, 2003, in an order addressing this appeal, we stated that we did
not have jurisdiction to consider the appeal. Pursuant to the Texas Rules of Appellate
Procedure, we provided appellant with 10 days to show that this Court had
jurisdiction to hear the appeal. Tex. R. App. P. 42.3. More than 10 days have passed
since the issuance of our order, and appellant has not responded. Accordingly, the
appeal is dismissed for want of jurisdiction.


 Sherry Radack

 Chief Justice


Panel consists of Chief Justice Radack and Justices Nuchia and Jennings.